U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 4 2014

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-cr-00344(01) |
| VERSUS | * | JUDGE FOOTE |
| JAMES PANOS(01) | * | MAG. JUDGE HANNA |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, along with any objections filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, James Panos(01), and adjudges him guilty of the offense charged in Count One of the Superseding Indictment against him.

IT IS FURTHER ORDERED that this matter remains set for sentencing on August 7, 2014 at 9:30 a.m. in Courtroom Three in Lafayette before the undersigned.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 24th day of April, 2014.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE